UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO/DUNNIGAN HOLDING CO INC dba WATT AVE CHEVRON, HARWANT KAUR KANG,<br><br>Defendants. | No. 2:22-cv-1639 DB<br><br><br><br>ORDER |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. <u>See</u> U.S.C. § 636(c). Accordingly, this matter has been reassigned to the undersigned for all purposes. (ECF No. 11.) Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. <u>See</u> U.S.C. § 636(c).

On January 23, 2023, the undersigned issued an order continuing a status conference to March 10, 2023. (ECF No. 17.) Pursuant to that order defendant was to file an updated status report on or before March 3, 2023. Defendant, however, has failed to file a status report.

The failure of a party to comply with the Local Rules or any order of the Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Failure to comply with applicable rules

////

1

and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

In the interests of justice the Court will provide defendant with an opportunity to show good cause for defendant's conduct along with a final opportunity to comply with the January 23, 2023 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant show cause in writing within fourteen days of the date of this order as to why defendant should not be sanctioned for failing to comply with the January 23, 2023 order;

2. The March 10, 2023 status conference is continued to **Friday, April 7, 2023, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1]; and

3. On or before **March 31, 2023**, defendant shall file an updated status report.

DATED: March 6, 2023           /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.